JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMARA INDUSTRIES, INC., dba GOLDEN STATE FIBRES, a California Corporation, | CASE NO.: 2:20-cv-09529 -SB-KS |
| | The Hon. Stanley Blumenfeld, Jr. |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| CARAUSTAR INDUSTRIES, INC., a Delaware corporation, and THE NEWARK GROUP, INC., a New Jersey corporation, | |
| Defendants. | |

**ORDER**

# ORDER

This Court, having considered the Joint Stipulation and Request for Dismissal of Complaint With Prejudice, filed by Plaintiff Tomara Industries, Inc., dba Golden State Fibres and Defendants The Newark Group, Inc. and Caraustar Industries, Inc. seeking to dismiss in their entirety and with prejudice all parties, claims, and defenses in the above-captioned action, and good cause appearing therefor, hereby orders as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (ii), the complaint filed in the captioned action by Plaintiff against Defendants is hereby dismissed with prejudice;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party.

IT IS SO ORDERED.

DATED: February 13, 2021



_____
Stanley Blumenfeld, Jr.
United States District Judge

– 1 –
ORDER